112 F.3d 402
 Brad BENNETT; Mario Giordano; Langell Valley Irrigation
District, a political subdivision of the state of Oregon;
Horsefly Irrigation District, a political subdivision of the
State of Oregon, Plaintiffs-Appellants,
v.
Marvin L. PLENERT, in his official capacity as Regional
Director, Region One, Fish and Wildlife Service, U.S.
Department of the Interior; John F. Turner, in his official
capacity as Director, Fish and Wildlife Service, U.S.
Department of the Interior; Bruce Babbitt, in his official
capacity as Secretary, U.S. Department of the Interior,
Defendants-Appellees.
 No. 94-35008.
 United States Court of Appeals,
Ninth Circuit.
 April 23, 1997.
 
 On remand from the United States Supreme Court.
 Prior report: --- U.S. ----, 117 S.Ct. 1154, 137 L.Ed.2d 281.
 Before: PREGERSON, CANBY, and REINHARDT, Circuit Judges.
 
 ORDER
 
 1
 In accordance with the judgment of the United States Supreme Court, decided March 19, 1997, the judgment of the district court, 1993 WL 669429, is vacated and the case remanded for further proceedings not inconsistent with the Supreme Court's opinion.